IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

GLEN ERIC NELSON, JR
ADC #149292                                                              PETITIONER

v.                              No. 5:14-cv-251-DPM-HDY

RAY HOBBS,
Director, ADC                                                            RESPONDENT

## ORDER

After *de novo* review, the Court adopts Judge Young's recommendation. № 21; FED. R. CIV. P. 72(b)(3). Nelson's objections, № 23, are overruled. Nelson's second motion to stay, № 17, is denied.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

31 October 2014