IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

GLEN ERIC NELSON, JR
ADC #149292                                                              PETITIONER

v.                              No. 5:14-cv-251-DPM-HDY

RAY HOBBS,
Director, ADC                                                            RESPONDENT

## ORDER

After *de novo* review, the Court adopts Judge Young's well-reasoned recommendation. № 27; FED. R. CIV. P. 72(b)(3). Nelson's objections, № 28, are overruled. No certificate of appealability will issue because Nelson hasn't made a substantial showing of a violation of a constitutional right. 28 U.S.C. § 2253(c)(2).

So Ordered.

D.P. Marshall Jr.
United States District Judge

31 December 2014