IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

GLEN ERIC NELSON, JR
ADC #149292                                                  PETITIONER

v.                     No. 5:14-cv-251-DPM

RAY HOBBS,
Director, ADC                                                RESPONDENT

## JUDGMENT

Nelson's petition for writ of habeas corpus is dismissed with prejudice.

*D.P. Marshall Jr.*
United States District Judge

31 December 2014